01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |  |
|---|---|---|
| 07 ANDRE B. YOUNG, | ) | CASE NO. C07-1843-RSL |
|  | ) |  |
| 08 Petitioner, | ) |  |
|  | ) |  |
| 09 v. | ) | ORDER OF TRANSFER |
|  | ) |  |
| 10 HENRY RICHARDS, | ) |  |
|  | ) |  |
| 11 Respondent. | ) |  |

Petitioner Andre B. Young is currently under the jurisdiction of the Washington Department of Social Health Services pursuant to an order of civil commitment entered in King County Superior Court in 1991. The present matter comes before the Court on petitioner's challenge to his civil commitment by way of a 28 U.S.C. § 2254 petition for writ of habeas corpus. (Dkt. 1.) This petition is not his first. A review of this Court's records reveals that petitioner has filed a number of § 2254 petitions challenging his civil commitment. *See*, *e.g.*, *Young v. Weston*, *et al.*, No. C94-480-JCC; *Young v. Seling*, No. C04-959-RSL; *Young v. State of Washington*, *et al.*, No. C07-753-JLR. His first petition was ultimately denied on its merits in February 1998. *See Young v. Weston, et al.*, No. C94-480-JCC (Dkt. 165). Others were deemed successive and transferred to the Ninth Circuit Court of Appeals.

ORDER OF TRANSFER
PAGE -1

01       After careful consideration of the petition, governing law, and the balance of the record,
02  the Court ORDERS as follows:

03       (1)   As petitioner previously attempted to challenge the same confinement he seeks
04  to challenge here, the instant petition must be deemed successive.  This Court is without
05  jurisdiction to consider such a petition or motion until the Ninth Circuit Court of Appeals has
06  authorized its filing.  28 U.S.C. § 2244(b)(3)(A).  Accordingly, this case is hereby
07  TRANSFERRED to the Ninth Circuit Court of Appeals, in the interests of justice, pursuant to
08  28 U.S.C. § 1631 and Ninth Circuit Rule 22-3.

09       (2)   Petitioner is advised that this transfer does not of itself constitute compliance with
10  § 2244(b)(3); he must still make the requisite showing required by § 2244(b)(2).  Petitioner is
11  referred to this statute for further information.

12       (3)   The Clerk is directed to close this case and transfer all original documents to the
13  Ninth Circuit Court of Appeals.  The Clerk shall, however, retain a copy of the petition and of
14  this Order in the file.  The Clerk is further directed to send a copy of this Order to petitioner at
15  his place of confinement and to the Honorable Mary Alice Theiler.

16       DATED this 10th day of January, 2008.

17                                                  /s/ Robert S. Lasnik
                                                    Robert S. Lasnik
18                                                  United States District Judge

19

20  Recommended for Entry
    this 9th day of January, 2008.
21
    s/ Mary Alice Theiler
22  United States Magistrate Judge

ORDER OF TRANSFER
PAGE -2